KSC/07.28.25

JIH: USAO 2024R00449

USDC - BALTIMORE
'25 JUL 30 PM 12:34

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * UNDER SEAL |
| | * CRIMINAL NO. BAH 25cr227 |
| CURTIS LAMONTE PHILLIPS, | * |
| Defendant. | * (Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1); Forfeiture 21 U.S.C. § 853) |

*******

# INDICTMENT

### COUNT ONE
(Possession with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland charges that:

On or about March 19, 2025, in the District of Maryland, the Defendant,

**CURTIS LAMONTE PHILLIPS,**

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount cocaine, its salts, optical and geometric isomers, and salts of isomers, a schedule II controlled substance.

21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(A)(ii)(II)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, in the event of the Defendant's conviction under the offense charged in Count One of this Indictment.

2. Upon conviction of the offense charged in Count One of this Indictment, the Defendant,

**CURTIS LAMONTE PHILLIPS**,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

   a. a forfeiture money judgment in the amount of proceeds the Defendant obtained as a result of the offense alleged in Count One of this Indictment.

### Substitute Assets

4. If any of the property described above, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

*[Signature]*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

7/30/25
Date